AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:24-CR-158 |
| JAMES MAHON, ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITED STATES OF AMERICA.

Date: 06/26/2024

/s/ CARLO D. MARCHIOLI
*Attorney's signature*

CARLO D. MARCHIOLI, PA 309217
*Printed name and bar number*

1501 N. 6th Street
Box 202
HARRISBURG, PA, 17102
*Address*

Carlo.D.Marchioli@usdoj.gov
*E-mail address*

(717) 221-4482
*Telephone number*

(717) 221-4493
*FAX number*