UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF
PENNSYLVANIA

# NOTICE

UNITED STATES OF AMERICA

v.

JAMES MAHON, IV

FILED WILKES BARRE JUN 26 2024 PER MS DEPUTY CLERK

TYPE OF CASE: FELONY     CASE NO. 3:24-CR-158-1

TAKE NOTICE that a proceeding in this case has been **SCHEDULED for** the time and place listed below:

**PLACE:** UNITED STATES DISTRICT COURT
**COURTROOM:** No. 1
MAX ROSENN U.S. COURTHOUSE
First Floor
197 South Main Street
Wilkes-Barre PA 18701

**DATE AND TIME:** June 27, 2024, at 10:15 a.m.

**TYPE OF PROCEEDINGS:**     Initial Appearance and Arraignment

**DATE:** June 26, 2024

PETER J. WELSH, Clerk of Court
s/*Mary Rose Schirra*
Deputy Clerk

**TO:** HON. JOSEPH F. SAPORITO, JR., CHIEF U.S. MAGISTRATE JUDGE
Phillip J. Caraballo-Garrison, AUSA
Dennis Boyle, Esquire
U.S. PROBATION
U.S. MARSHAL