AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:23-CR-158-2 |
| | ) | |
| JOEL GILLICK | ) | |
| *Defendant* | ) | |

**FILED WILKES BARRE JUN 26 2024 PER ___ DEPUTY CLERK**

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: | Max Rosenn United States Courthouse 197 S. Main Street, Wilkes-Barre, PA 18701 | Courtroom No.: | 1 |
|---|---|---|---|
| | | Date and Time: | 7/16/2024 10:00 AM |

This offense is briefly described as follows:
Initial Appearance and Arraignment

*Return*
**FILED SCRANTON JUL 0 2 2024 Per ___ DEPUTY CLERK**

Date: 6/26/2024

S/ Mary Rose Schirra
*Issuing officer's signature*

MARY ROSE SCHIRRA, Courtroom Deputy
*Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons       ☐ Returned this summons unexecuted

Date: 07/02/2024

*Server's signature*

Scott Nicholson – DUSM
*Printed name and title*

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No.

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.
(Not for Public Disclosure)**

### INFORMATION FOR SERVICE

Name of defendant/offender:   Joel Gillick

Last known residence:   c/o Attorney Joseph R. D'Andrea, 320 North Blakely Street, Dunmore PA  18512

Usual place of abode *(if different from residence address)*:

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process:

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States:

### PROOF OF SERVICE

This summons was received by me on *(date)* 7/2/2024

☐ I personally served the summons on this defendant _____ at
*(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode
with *(name)* _____ , a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☒ I delivered a copy of the summons to *(name of individual)* Katherine Sampel (assistant)
who is authorized to receive service of process on behalf of *(name of organization)* ATTY D'Andrea
_____ on *(date)* 7/1/2024 and I mailed a copy to
the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: 7/2/2024

_____
Server's signature

Scott Nicholson DUSM
Printed name and title

Remarks: