# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I, Blerina Jasari, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: Boyle & Jsasari

1050 Connecticut Ave, NW Suite 500

Washington, D.C. 20036

Office Telephone: (202) 798-7600

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

New York State Court - 6/22/2016

District of Columbia Court - 3/19/2019

U.S. District Court D.C - 5/6/2019     U.S. District Court Southern District of NY - 4/10/2018

My attorney Identification number is: NY: 5433867

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

X  SPECIAL ADMISSION:

GRANTED BY THE COURT   s/Julia K. Munley     Date: 7/10/24