UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
:
v. : 3:24-CR-0158-2
:
JOEL GILLICK, :
:
        Defendant :

**PLEA**

AND NOW, this 16th day of July, 2024, the within named Defendant, JOEL GILLICK, having been arraigned in open Court, hereby pleads **NOT GUILTY** to the within Indictment.

_____
Defendant

*FILED WILKES BARRE JUL 16 2024 PER [signature] DEPUTY CLERK*