# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | 3:24CR158-2 |
| --- | --- | --- |
| | : | |
| v. | : | (JUDGE MUNLEY) |
| | : | |
| JOEL GILLICK, | : | |
| Defendant | : | |

## PRELIMINARY PRETRIAL ORDER

AND NOW, this 17th day of July, in order to eliminate unnecessary motions for discovery in this case, to eliminate delays in the presentation of evidence and the examination of witnesses, to expedite the trial pursuant to the provisions of the Speedy Trial Act of 1974, and to set a time for the making of pretrial motions, **IT IS HEREBY ORDERED THAT:**

**Trial.** The trial will commence with the drawing of a jury on September 16, 2024 at 9:30 a.m. in Scranton, Pennsylvania.

**Pretrial Motions.** All pretrial motions shall be filed no later than August 6, 2024. Because the Court finds that the ends of justice will be served by affording the parties this time to file pretrial motions so as to ensure counsel for the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and that such a delay outweighs the best interests of the public and the Defendant in a speedy trial, the time between date of this Order and the expiration of the time to file pretrial motions is excluded from the speedy trial calculation pursuant to 18 USC. §3161.

                                               *s/Julia K. Munley*
                                               JULIA K. MUNLEY
                                               United States District Judge