# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 3:24CR158 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **JAMES MAHON, IV,** | : | |
| **Defendant** | : | |

## ORDER

Before the court for disposition is Defendant James Mahon's unopposed motion for an extension of time to file pretrial motions. (Doc. 21).

For the reasons advanced by the defense counsel – including the need to obtain and review available discovery with the defendant, to conduct an independent investigation, and to determine if any pretrial motions are warranted and advisable – the court finds that the ends of justice will be served by affording the parties a continuance. The court further finds that such a continuance outweighs the best interest of the public and the defendant in a speedy trial and a failure to grant a continuance would likely result in a miscarriage of justice. Accordingly:

1. The motion for extension of time to file pretrial motions (Doc. 21) is hereby **GRANTED**;

2. All pretrial motions shall be filed on or before **October 18, 2024**;

3. Jury selection and trial are continued until after the expiration of the pretrial motions deadline; and

4. The period of delay resulting from this continuance is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(i), (iv).

Date: 7/17/24

BY THE COURT:

*s/ Julia K. Munley*
**JUDGE JULIA K. MUNLEY**
**United States District Court**