## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 3:24-CR-159 |
| v. : | |
| : | (Judge Munley) |
| JOEL GILLICK, : | |
| Defendant : | |

### PLEA

NOW, this 24th day of January 24, 2025, the Defendant, Joel Gillick, pleads guilty to Count 1 of the Indictment filed in the above-captioned matter.

_____
JOEL GILLICK
Defendant