IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:24CR158 |
| v. | : | (Judge Munley) |
| JAMES MAHON, IV, | : | |
| Defendant | : | |

## RESCHEDULING ORDER

AND NOW, this 22nd day of April 2025, the unopposed motion (Doc. 61) of the Defendant for a continuance is **GRANTED.** The jury selection and trial shall be held **on Monday, October 27, 2025, beginning with selection of a jury at 9:30AM** in Courtroom 2 of the William J. Nealon Federal Building and Courthouse, 235 N. Washington Ave., Scranton, Pennsylvania

In preparation for trial, the **pretrial conference** will be held on **Thursday, October 16, 2025 at 10:00AM** in Courtroom 2 of the William J. Nealon Federal Building and Courthouse, 235 N. Washington Ave., Scranton, Pennsylvania.

Motions in limine and briefs in support thereof, shall be filed fourteen (14) days before the pretrial conference. Briefs in opposition to motions in limine shall be filed seven (7) days before the pretrial conference. A brief joint statement about the case to be read to the jurors during voir dire, proposed voir dire questions, proposed jury instructions, propose verdict slip ( from the government)

and a proposed witness list with a short description of the witness' testimony (from the government) are due 14 days prior to the pretrial conference.

The period of time from the signing of this Order to the scheduled date of the trial shall be excluded under the Speedy Trial Act 18 USC §§ 3161 (h)(7)(A) and (h)(7)(i) &(iv)

BY THE COURT:


*s/ Julia K. Munley*
**JUDGE JULIA K. MUNLEY**
**United States District Court**