IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 3:24CR158 |
| | : | |
| v. | : | (Judge Munley) |
| | : | |
| **JAMES MAHON, IV,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 4th day of September 2025, the unopposed motion (Doc. 63) of the Defendant for a continuance is **GRANTED:**

**The jury selection and trial** previously scheduled to begin on October 27, 2025 will now be held **on January 26, 2026, beginning with selection of a jury at 9:30AM** in Courtroom 2 of the William J. Nealon Federal Building and Courthouse, 235 N. Washington Ave., Scranton, Pennsylvania

In preparation for trial, the **pretrial conference** will be held on **Thursday, January 15, 2026 at 10:00AM** in Courtroom 2 of the William J. Nealon Federal Building and Courthouse, 235 N. Washington Ave., Scranton, Pennsylvania.

Motions in limine and briefs in support thereof, shall be filed fourteen (14) days before the pretrial conference. Briefs in opposition to motions in limine shall be filed seven (7) days before the pretrial conference. A brief joint statement about the case to be read to the jurors during voir dire, proposed voir dire

<u>questions, proposed jury instructions, proposed verdict slip (from the government), and a proposed witness list with a short description of the witness' testimony (from the government) are due on 14 days prior to the pretrial conference .</u>

The period of time from the signing of this Order to the scheduled date of the trial shall be excluded under the Speedy Trial Act 18 USC §§ 3161 (h)(7)(A) and (h)(7)(i) &(iv)

                                              **BY THE COURT:**

                                              <u>*s/ Julia K. Munley*</u>
                                              **JUDGE JULIA K. MUNLEY**
                                              **United States District Court**