# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **3:24CR158** |
| | : | |
| v. | : | (Judge Munley) |
| | : | |
| **JAMES MAHON, IV.,** | : | |
| | : | |
| **Defendant** | : | |

## RESCHEDULING ORDER

AND NOW, this 2nd day of February 2026, the unopposed motion (Doc. 67) of the Defendant for a continuance of the trial scheduled for February 2026 is **GRANTED. The jury selection and trial** shall be held **on June 1, 2026, beginning with selection of a jury at 8:30AM** in Courtroom 2 of the William J. Nealon Federal Building and Courthouse, 235 N. Washington Ave., Scranton, Pennsylvania

In preparation for trial, the **pretrial conference** will be held on **Wednesday, May 20, 2026 at 10:00AM** in Courtroom 2 of the William J. Nealon Federal Building and Courthouse, 235 N. Washington Ave., Scranton, Pennsylvania.

Motions in limine and briefs in support thereof, shall be filed fourteen (14) days prior to the pretrial conference. Briefs in opposition to any motions in limine shall be filed seven (7) days before the pretrial conference.  A brief joint

statement about the case to be read to the jurors during voir dire, proposed voir dire questions, proposed jury instructions, proposed verdict slip (from the government), and a proposed witness list with a short description of the witness' testimony (from the government) are due fourteen (14) days prior to the pretrial conference.

      The period of time from the signing of this Order to the scheduled date of the trial shall be excluded under the Speedy Trial Act 18 USC §§ 3161 (h)(7)(A) and (h)(7)(i) &(iv).

**BY THE COURT:**

*s/ Julia K. Munley*
**JUDGE JULIA K. MUNLEY**
**United States District Court**