## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **3:24cr158** |
| | : | |
| **v.** | : | **(Judge Munley)** |
| | : | |
| **JAMES MAHON IV,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, to with this 22nd day of May 2026, upon the pretrial conference held on May 20, 2026,

**IT IS HEREBY ORDERED:**

The jury trial previously scheduled to begin on June 1, 2026, has been rescheduled. Jury Selection will be held on **Monday, June 8, 2026,** beginning at 8:30AM.  The trial will commence with opening statements on **June 10, 2026** beginning at 8:30AM in Courtroom 2 of the William J. Nealon Federal Building and Courthouse, 235 N. Washington Ave., Scranton, Pennsylvania

Defendant's trial documents, if desired shall be filed 7 days prior to the date of the trial.

*If the parties decide that they would be utilizing the JERS System*

*at trial and during jury deliberations, they shall provide the court with a*

*thumb drive containing their exhibits on or before June 3, 2026. The*

*thumb drive shall be formatted as follows: Documents and Images: .pdf,*

*.txt, .jpg, .bmp, .tif, .gif, .png; Video and Audio Recordings: .avi, .asf, .mpg,*

*.mp3, .mp4, .wav, .wmv, .3gpp and in accordance with the "Exhibit*

*Formatting Instructions for Batch Importing", which can be found on the*

*court's web-site at www.pamd.uscourts.gov*

The period of time from the signing of this Order to the rescheduled date of the trial shall be excluded under the Speedy Trial Act 18 USC §§ 3161 (h)(7)(A) and (h)(7)(i) &(iv)

**BY THE COURT:**

*s/ Julia K. Munley*
**JUDGE JULIA K. MUNLEY**
**United States District Court**