**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **3:24CR158** |
| | : | |
| **v.** | : | **(JUDGE MUNLEY)** |
| | : | |
| **JAMES MAHON, IV,** | : | |
| **Defendant** | : | |

**SCHEDULING ORDER**

**NOW,** THIS 6th day of October 26, **IT IS HEREBY ORDERED** the parties shall submit briefs regarding the defendant's objection re financial loss by **Friday, November 6, 2026.**

A hearing will be on **Friday, December 4, 2026 at 11:00.** The sentencing previously scheduled for November 17, 2026 is cancelled and will be rescheduled by further order of Court.

*s/Julia K. Munley*
**Julia K. Munley**
**United States District Judge**